UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: Ruth Ann Volkman            )    Case No. 11-25710
                                   )    Chapter 13
        Debtor(s)                  )    Honorable Judge Jacqueline Cox
                                   )

## ORDER ~~AUTHORIZING SALE OF RESIDENCE~~

THIS MATTER coming to be heard upon Debtor's Motion to Authorize Sale of Residence;

THE COURT, after due notice having been given and hearing thereon, and having been fully advised of the matter herein,

IT IS HEREBY ORDERED:

~~A. Debtor is permitted to sell her residence located at 15128 Evergreen Dr., Unit 1A, Orland Park, IL 60462;~~

B. Debtor's lender/secured creditor for her residence located at 15128 Evergreen Dr., Unit 1A, Orland Park, IL 60462 is permitted to work with Debtor and her counsel in helping to obtain final approval from Debtor's lender/secured creditor for the "short sale" of Debtor's residence.

Dated: SEP -9 2013

Entered:

J. Cox    /s/ Jacqueline P. Cox
_____
Judge

Prepared by Attorney for Movant(s):
Law Offices of Gerald Bauer Jr.
400 N. Schmidt Rd., Ste. 207
Bolingbrook, IL 60440
Phone: (708) 687-8000